■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIK COLVIN, Appellant. [28 NYS3d 303]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Thomas Farber, J., at plea and Maxwell Wiley, J., at sentencing), rendered October 30, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Sweeny, Saxe, Richter and Kahn, JJ.

■ In the Matter of VSA ARCHITECTURAL CONSULTANTS, P.C., Appellant, v STATE OF NEW YORK DIVISION OF HUMAN RIGHTS, Respondent, and ISABEL PAYANO, Respondent. [28 NYS3d 304]— Order and judgment (one paper), Supreme Court, New York County (Carol E. Huff, J.), entered July 15, 2015, which denied the petition seeking to, among other things, annul a determination of respondent State of New York Division of Human Rights (DHR), dated October 24, 2014, denying petitioner's application to vacate DHR's determination that probable cause existed to believe that petitioner had engaged in disability discrimination against respondent Isabel Payano in violation of the New York State Human Rights Law (Executive Law § 290 *et seq.*), and dismissed the proceeding, unanimously affirmed, without costs.

This proceeding is barred, because petitioner failed to exhaust its administrative remedies (*id.*; *Matter of Ken Edrich Leather Accessories v New York State Div. of Human Rights*, 269 AD2d 334 [1st Dept 2000]).

We have considered petitioner's remaining contentions and find them unavailing. Concur—Friedman, J.P., Sweeny, Saxe, Richter and Kahn, JJ.